OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 24, 2006

Richard K. Herrmann, Esq.
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

Maryellen Noreika, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

    RE: Oxford Gene Technology, Ltd. v. Affymetrix, Inc.
       Civil Action No. 99-348 JJF

Dear Counsel:

  The Clerks Office is returning and/ or disposing of exhibits located in its storage are, in accordance with the Court's Local Rule 79.1(b)(2). We presently possess exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

  Please advise me no later than February 7, 2006 whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

            Very truly yours,
            Peter T. Dalleo, Clerk

            *Anita Bolton* (signature)
            Anita Bolton
            Courtroom Deputy