IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OXFORD GENE TECHNOLOGY LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 99-348-JJF |
| AFFYMETRIX INC., | : |
| Defendant. | : |

### ORDER

WHEREAS, this matter has concluded in our Court,

IT IS HEREBY ORDERED this ____ day of June, 2006, that the Clerk of the Court is directed to destroy all Jury Notes (D.I. #308) taken by the jurors throughout the trial.

_____
UNITED STATES DISTRICT JUDGE